IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL EMMANUEL
POUTCHEU YOSSA,

      Plaintiff,

  vs.                                        No. CIV. S-12-0023 MCE GGH PS

COUNTRYWIDE HOME
LOANS, INC., et al.,

      Defendants.                       <u>ORDER</u>

_____/

        In his objections to the order and findings and recommendations issued March 7, 2012, plaintiff has requested clarification of the opinion in one regard. Rather than filing his amended complaint within twenty-eight days of the March 7th order, plaintiff appears to request that he be permitted to file the amended complaint within twenty-eight days of the district judge's order adopting or rejecting the findings and recommendations.

        Good cause appearing, IT IS HEREBY ORDERED that: the Order and Findings and Recommendations, issued March 7, 2012, is modified to permit plaintiff to file his amended

\\\\\

\\\\\

\\\\\

1

1  complaint stating non-FDCPA claims within twenty-eight (28) days of the district judge's order
2  adopting or rejecting the findings and recommendations.
3  DATED: April 27, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Yossa0023.eot2.wpd