Paul Emmanuel Poutcheu Yossa
3903 Ripley Street
Sacramento, CA, 95838
916-220-0712

Plaintiff in Pro Se
Paul Emmanuel Poutcheu Yossa

FILED

MAY 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Emmanuel Poutcheu Yossa | Case No: CIV. S-12-0023 MCE GGH PS |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| Countrywide Home Loans, Inc. | |
| Bank of America, N.A | Magistrate Judge: Gregory G. Hollows |
| Recontrust Company, N.A. | |
| Mortgage Electronic Registration Systems, Inc. | |
| DOES 1- 100 | |
| Defendants | |

## SACRAMENTO DIVISION

Notice is hereby given that Plaintiff, Paul Emmanuel Poutcheu Yossa (herein "Yossa") in the above entitled case, herein, appeals to the United States Court of Appeals for the Ninth Circuit from an Order dismissing Yossa's Federal

Notice of Appeal

1

**Debt Collections Practices Act claim (herein "FDCPA") the order DISMISSING WITH PREJUDICE the FDCPA claim on March 7th, 2012 was via the courts 'Findings and Recommendations"(FR) Yossa timely filed "Objections" to the "FR" however per Order of the court dated April 27th 2012, the dismissal of the FDCPA claim was affirmed in the above entitled case giving rise to this appeal.**

Dated this 8th, day of May 2012.

Paul Emmanuel Poutcheu
Yossa
Plaintiff in Pro Se
3903 Ripley Street
Sacramento, CA, 95838
(916) 220-0712

Notice of Appeal

2