IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL EMMANUEL
POUTCHEU YOSSA,

        Plaintiff,                 CIV-S-12-0023 MCE GGH PS

    vs.

COUNTRYWIDE HOME
LOANS, INC., et al.,

        Defendant.              ORDER
_____/

        On March 7, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Objections were filed on April 20, 2012, and they were considered by the Court.

        This Court reviews de novo those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

1

1 | reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the March 7, 2012, Findings and Recommendations (ECF No. 3) in full.  Accordingly, IT IS ORDERED that:

1. Plaintiff's Fair Debt Collection Practices Act is dismissed without leave to amend.

2. Plaintiff shall file his amended complaint addressing other claims within twenty-eight (28) days of the date this Order is electronically filed.

Dated: May 18, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE