IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL EMMANUEL POUTCHEU YOSSA,

       Plaintiff,

  vs.                                 No. 2:12-cv-0023 MCE GGH PS

COUNTRYWIDE HOME LOANS, INC., et al.,

       Defendants.              <u>ORDER</u>

_____/

       Plaintiff has filed a motion for extension of time to file an opposition to defendants' motion to dismiss, currently scheduled for hearing on October 4, 2012. Plaintiff's request will be denied. Plaintiff is directed to appear at the hearing, however, prepared for oral argument.

       Accordingly, IT IS HEREBY ORDERED that: plaintiff's September 20, 2012 motion for an extension of time, (dkt. no. 17), is denied.

DATED: September 24, 2012

                             /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE

GGH:076/Yossa0023.36.wpd