1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    PAUL EMMANUEL POUTCHEU YOSSA,

11            Plaintiff,

12       vs.                                    No. 2:12-cv-0023 MCE GGH PS

13    COUNTRYWIDE HOME LOANS, INC., et al.,

14            Defendants.                       ORDER

15    _____/

16            Plaintiff has filed a motion for extension of time to file an opposition to

17    defendants' motion to dismiss, currently scheduled for hearing on October 4, 2012.  Plaintiff's

18    request will be denied.  Plaintiff is directed to appear at the hearing, however, prepared for oral

19    argument.

20            Accordingly, IT IS HEREBY ORDERED that: plaintiff's September 20, 2012

21    motion for an extension of time, (dkt. no. 17), is denied.

22    DATED: September 24, 2012

23
                                    /s/ Gregory G. Hollows
24                              UNITED STATES MAGISTRATE JUDGE

25    GGH:076/Yossa0023.36.wpd

26

1